FILED

2021 JUL 20 AM 11:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___S___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>PLAINTIFF(S)<br>v.<br><br>Thomas Joseph Barrack<br>DEFENDANT(S). | CASE NUMBER<br><br>1:21-cr-00371<br>21MJ03402<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: United States District Court
in the Eastern District of New York on 7/16/21
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 4/2016 - 4/2018
in violation of Title 18, USC sec 951(a)2 U.S.C., Section(s) 951(a),2 / 371 / 1512(c)(2) / 1001(a)(2)
to wit: Conspiracy to Act as unregistered Agents of foreign gov/obstruction/material false statements

A warrant for defendant's arrest was issued by: Eastern District of New York

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/20/21
　　　　　　Date

_[signature]_
Signature of Agent

Kaare Mathison
Print Name of Agent

FBI
Agency

Special Agent
Title

---

CR-52 (03/20)      DECLARATION RE OUT-OF-DISTRICT WARRANT