```
                        UNITED STATES DISTRICT COURT

                       CENTRAL DISTRICT OF CALIFORNIA

                              WESTERN DIVISION


 UNITED STATES OF AMERICA,      )
                                )
                                )
         PLAINTIFF,             )
                                )
             V.                 )
                                )  21-MJ-3402
                                )
                                )  LOS ANGELES, CALIFORNIA
 THOMAS JOSEPH BARRACK,         )
                                )  JULY 20, 2021
                                )
                                )  (3:49 P.M. TO 3:59 P.M.)
         DEFENDANT.             )
 _____)

                              INITIAL APPEARANCE

                  BEFORE THE HONORABLE PATRICIA DONAHUE
                      UNITED STATES MAGISTRATE JUDGE


 APPEARANCES:              SEE NEXT PAGE

 COURT REPORTER:           RECORDED; COURTSMART

 COURTROOM DEPUTY:         ISABEL MARTINEZ

 TRANSCRIBER:              DOROTHY BABYKIN
                           COURTHOUSE SERVICES
                           1218 VALEBROOK PLACE
                           GLENDORA, CALIFORNIA  91740
                           (626) 963-0566

 PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
 TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF UNITED STATES OF AMERICA:

 3              TRACY WILKISON
                UNITED STATES ATTORNEY
 4              BRANDON FOX
                CHIEF, CRIMINAL DIVISION
 5              ASSISTANT UNITED STATES ATTORNEY
                BY:  MACK JENKINS
 6              ASSISTANT UNITED STATES ATTORNEY
                312 NORTH SPRING STREET
 7              LOS ANGELES, CALIFORNIA   90012

 8              NATHAN REILLY
                ASSISTANT UNITED STATES ATTORNEY
 9              EASTERN DISTRICT OF NEW YORK
                271A CADMAN PLAZA EAST
10              BROOKLYN, NEW YORK  11201
                (VIRTUALLY)
11

12   FOR THE DEFENDANT THOMAS JOSEPH BARRACK: (VIA VIDEOCONFERENCE)

13
                RONAK D. DESAI
14              ATTORNEY AT LAW
                819 C STREET SE
15              WASHINGTON, D.C.   20036

16              STEPTOE & JOHNSON LLP
                BY:  MATTHEW J. HERRINGTON
17                   ATTORNEY AT LAW
                1330 CONNECTICUT AVENUE, NW
18              WASHINGTON, D.C.  20036
                (VIRTUALLY)
19

20

21

22

23

24

25
```

3

1                              I N D E X

2   21-MJ-3402                                        JULY 20, 2021

3
    PROCEEDINGS:   INITIAL APPEARANCE
4

```
 1                  LOS ANGELES, CALIFORNIA; JULY 20, 2021; 3:49 P.M.
 2              THE CLERK:  CALLING CASE NUMBER 21-MJ-3402, UNITED
 3   STATES VERSUS THOMAS JOSEPH BARRACK.
 4               COUNSEL, PLEASE STATE YOUR APPEARANCES STARTING WITH
 5   PLAINTIFF.
 6              MR. JENKINS:  GOOD AFTERNOON ONCE AGAIN, YOUR HONOR.
 7              MACK JENKINS ON BEHALF OF THE UNITED STATES.
 8              AND JOINING VIRTUALLY IS EASTERN DISTRICT OF NEW
 9   YORK, SENIOR LITIGATION COUNSEL, NATHAN REILLY.
10              THE COURT:  ALL RIGHT.  GOOD AFTERNOON AGAIN TO YOU
11   BOTH.
12              MR. DESAI:  GOOD AFTERNOON, YOUR HONOR.
13              RONAK D. DESAI HERE TODAY ON BEHALF OF MR. BARRACK.
14              AND I'M ALSO JOINED BY MY COLLEAGUE VIRTUALLY MR.
15   MATTHEW HERRINGTON.  HE WAS ON SCREEN NOT TOO LONG AGO AS WELL.
16              MR. HERRINGTON:  -- GOOD AFTERNOON, YOUR HONOR.
17              (PAUSE IN PROCEEDINGS.)
18              THE COURT:  I'M SORRY.  WAS SOMEONE SPEAKING?  IF SO,
19   I COULDN'T QUITE HEAR.
20              MR. HERRINGTON:  YES.  THIS IS MATT HERRINGTON.
21   CAN YOU HEAR ME, YOUR HONOR?
22              THE COURT:  ALL RIGHT.  COUNSEL, I THINK I'M GOING TO
23   HAVE TO ASK YOU TO TURN THE VOLUME UP.  WE CAN'T QUITE HEAR
24   YOU.
25              AND I'M SORRY.  COULD YOU TELL ME YOUR NAME ONE MORE
```

```
 1  TIME --
 2              MR. DESAI:  SURE.
 3              THE COURT:  -- AND HOW TO PRONOUNCE IT.
 4              MR. DESAI:  SURE.
 5              RONAK.  LAST NAME IS DESAI.
 6              THE COURT:  DESAI.  ALL RIGHT.
 7              GOOD AFTERNOON, MR. DESAI.
 8              AND YOUR CLIENT MR. BARRACK.
 9              IS THAT CORRECT?
10              MR. DESAI:  MR. BARRACK.  THAT'S CORRECT, YOUR HONOR.
11              THE COURT:  ALL RIGHT.
12              IS APPEARING VIRTUALLY.
13              IS THAT RIGHT?
14              THE DEFENDANT:  YES, YOUR HONOR.  I'M HERE.
15              MR. DESAI:  THAT'S CORRECT.
16              THE COURT:  ALL RIGHT.
17              MR. BARRACK, CAN YOU HEAR ME?
18              THE DEFENDANT:  YES, YOUR HONOR, I CAN.
19              THE COURT:  ALL RIGHT.
20              IF AT ANY POINT DURING THIS PROCEEDING YOU CANNOT
21  HEAR ME, WOULD YOU PLEASE SPEAK UP RIGHT AWAY.
22              OKAY?
23              THE DEFENDANT:  YES, YOUR HONOR, I WILL.
24              THE COURT:  ALL RIGHT.
25              WE ARE HERE PURSUANT TO AN INDICTMENT THAT WAS
```

1  RETURNED IN THE EASTERN DISTRICT OF NEW YORK.

2  IS THOMAS JOSEPH BARRACK YOUR TRUE AND CORRECT NAME?

3  THE DEFENDANT: YES, YOUR HONOR, IT IS.

4  THE COURT: ALL RIGHT.

5  AND, MR. BARRACK, DO YOU AGREE TO APPEAR BEFORE THE

6  COURT BY VIDEOCONFERENCE TODAY AND TO GIVE UP YOUR RIGHT TO BE

7  PRESENT IN THE COURTROOM?

8  THE DEFENDANT: YES, YOUR HONOR.

9  THE COURT: AND DID YOU DISCUSS WITH YOUR ATTORNEY

10  YOUR RIGHT TO BE PRESENT IN COURT AND YOUR DECISION TO GIVE UP

11  THAT RIGHT?

12  THE DEFENDANT: YES, YOUR HONOR, I DID.

13  THE COURT: DID YOU AUTHORIZE YOUR ATTORNEY TO SIGN

14  ON YOUR BEHALF THE FORM CONSENT TO VIDEOCONFERENCE?

15  THE DEFENDANT: YES, YOUR HONOR.

16  THE COURT: ALL RIGHT.

17  AND, MR. DESAI, DID YOU REVIEW WITH YOUR CLIENT HIS

18  RIGHT TO BE PRESENT IN COURT AND HIS DECISION TO GIVE THAT

19  RIGHT UP AND OBTAIN HIS AUTHORIZATION TO SIGN THE FORM CONSENT?

20  MR. DESAI: YES, YOUR HONOR.

21  THE COURT: ALL RIGHT.

22  THE CONSENT TO VIDEOCONFERENCE IS ACCEPTED. AND THE

23  COURT ORDERS THAT IT BE FILED.

24  MR. BARRACK, I'VE ALSO RECEIVED A FORM ADVISEMENT OF

25  DEFENDANT'S STATUTORY AND CONSTITUTIONAL RIGHTS.

1              THIS FORM SAYS THAT YOUR RIGHTS HAVE BEEN EXPLAINED
2    TO YOU AND THAT YOU UNDERSTAND THEM.
3              DID MR. DESAI READ AND EXPLAIN TO YOU YOUR RIGHTS IN
4    THIS CASE?
5              THE DEFENDANT: YES, YOUR HONOR. HE DID.
6              THE COURT: DID YOU AUTHORIZE HIM TO SIGN THE FORM
7    "ADVISEMENT OF RIGHTS" ON YOUR BEHALF?
8              THE DEFENDANT: YES, YOUR HONOR.
9              THE COURT: AND WOULD YOU LIKE TO HAVE YOUR RIGHTS
10   READ FOR YOU HERE IN COURT?
11             THE DEFENDANT: NO NEED, YOUR HONOR.
12             THE COURT: ALL RIGHT.
13             AND DO YOU UNDERSTAND YOUR RIGHTS?
14             THE DEFENDANT:  YES, I DO.
15             THE COURT: MR. DESAI, DID YOU READ AND EXPLAIN TO
16   YOUR CLIENT HIS RIGHTS IN THIS CASE?
17             MR. DESAI: YES, YOUR HONOR.
18             THE COURT: AND ARE YOU SATISFIED THAT HE UNDERSTANDS
19   THEM?
20             MR. DESAI: YES, YOUR HONOR.
21             THE COURT: ALL RIGHT.
22             THE COURT ACCEPTS THE FORM ADVISEMENT OF RIGHTS AND
23   ORDERS THAT IT BE FILED.
24             MR. BARRACK, AS I'VE SAID, YOU'VE BEEN CHARGED IN AN
25   INDICTMENT THAT WAS RETURNED IN THE EASTERN DISTRICT OF NEW

1  YORK.

2  HAVE YOU RECEIVED A COPY OF THE INDICTMENT?

3  THE DEFENDANT: YES, YOUR HONOR. I REVIEWED IT, YES.

4  THE COURT: DID YOU REVIEW IT WITH YOUR ATTORNEY?

5  THE DEFENDANT: YES.

6  THE COURT: AND WOULD YOU LIKE TO HAVE THE CHARGES

7  READ OR SUMMARIZED FOR YOU HERE IN COURT?

8  THE DEFENDANT: NO NEED, YOUR HONOR.

9  THE COURT: ALL RIGHT.

10  I'M NOT ASKING YOU TO ADMIT OR DENY WHAT'S ALLEGED IN

11  THE INDICTMENT. WHAT I AM ASKING IS THIS.

12  DO YOU UNDERSTAND WHAT IT IS THAT THE GOVERNMENT

13  CLAIMS THAT YOU DID?

14  THE DEFENDANT: YES, YOUR HONOR, I DO.

15  THE COURT: ALL RIGHT.

16  AND THIS IS A CRIMINAL CASE. THE GOVERNMENT IS

17  REQUIRED TO COMPLY WITH THE "DUE PROCESS PROTECTIONS ACT."

18  IT STATES THAT IN ALL CRIMINAL PROCEEDINGS THE

19  PROSECUTOR IS ORDERED TO COMPLY WITH THE DISCOVERY

20  OBLIGATIONS UNDER BRADY VERSUS MARYLAND AND ITS

21  PROGENY AND IS REMINDED OF THE POSSIBLE CONSEQUENCES

22  OF NOT DOING SO, INCLUDING EXCLUSION OF EVIDENCE,

23  ADVERSE JURY INSTRUCTIONS, DISMISSAL OF CHARGES,

24  CONTEMPT, REFERRAL TO A DISCIPLINARY AUTHORITY AND

25  SANCTIONS.

1               THE COURT ORDERS COMPLIANCE -- THE GOVERNMENT TO

2    COMPLY WITH THAT ACT IN THIS CASE.

3               I HAVE ALSO RECEIVED A WAIVER OF RIGHTS IN

4    OUT-OF-DISTRICT CASES.

5               MR. DESAI, I'M LOOKING AT THE FORM.  AND IT'S THE --

6               IT SAYS, "I HEREBY WAIVE AND GIVE UP MY RIGHTS TO."

7    AND THERE ARE A SERIES OF RIGHTS.

8               AND THERE ARE NO BOXES CHECKED.

9               MR. DESAI:  I'M HAPPY TO REVISIT THAT, YOUR HONOR.  I

10   THOUGHT I HAD FILLED THAT OUT CONSISTENT WITH MY CLIENT'S

11   WISHES IN THE DISCUSSION I HAD WITH HIM.  BUT IF YOU WANT ME TO

12   LOOK AT IT AGAIN I'M HAPPY TO.  IF WE CAN TAKE A QUICK MINUTE.

13              THE COURT:  YES.  WHY DON'T WE TAKE A QUICK MINUTE.

14   I JUST WANT TO MAKE SURE THAT --

15              MR. DESAI:  SURE.

16              THE COURT: -- MR. BARRACK UNDERSTANDS HIS --

17              MR. DESAI:  UH-HMM.

18              THE COURT: -- HIS RIGHTS.

19              I'M GOING TO ASK -- THANK YOU.  I'M GOING TO ASK YOU

20   TO TAKE A QUICK LOOK AT THAT FORM.

21              MR. DESAI:   SURE.

22              MR. HERRINGTON:  YOUR HONOR, WHILE YOU'RE ATTENDING

23   TO THAT --

24              THIS IS MATT HERRINGTON.

25              ARE YOU ABLE TO HEAR ME NOW?

1      THE COURT:  YES, MR. HERRINGTON, I CAN HEAR YOU.

2      MR. HERRINGTON:  OKAY.  THANK YOU.

3      GOOD AFTERNOON.

4      THE COURT:  GOOD AFTERNOON.

5      (PAUSE IN PROCEEDINGS.)

6      THE COURT:  OKAY.

7      MR. BARRACK, THIS -- I'VE RECEIVED A FORM ENTITLED

8  "WAIVER OF RIGHTS IN OUT-OF-DISTRICT CASES."

9      AND WHAT THIS FORMS SAYS IS THAT YOU ARE GIVING UP

10 YOUR RIGHT TO HAVE AN IDENTITY HEARING AND THE ARRIVAL OF

11 PROCESS.

12     THE ARRIVAL OF PROCESS IS JUST GETTING A CERTIFIED OR

13 STAMPED COPY OF THE INDICTMENT.  WE'VE ALREADY RECEIVED THE

14 INDICTMENT IN THIS MATTER.

15     AN IDENTITY HEARING IS A HEARING IN WHICH THE

16 GOVERNMENT IS REQUIRED TO PROVE THAT YOU, IN FACT, ARE THE

17 INDIVIDUAL WHO IS CHARGED IN THE INDICTMENT THAT WAS RETURNED

18 IN NEW YORK.

19     DID YOU DISCUSS THESE RIGHTS WITH YOUR ATTORNEY?

20     THE DEFENDANT:  YES, YOUR HONOR.

21     THE COURT:  AND DID HE -- DID YOU DISCUSS YOUR

22 DECISION TO GIVE UP THESE RIGHTS?

23     THE DEFENDANT:  YES, YOUR HONOR.

24     THE COURT:  ALL RIGHT.

25     AND IS IT YOUR DESIRE TO GIVE UP THESE RIGHTS?

1      THE DEFENDANT: YES, IT IS.
2      THE COURT: ALL RIGHT.
3      AND, MR. DESAI, ARE YOU SATISFIED THAT YOUR CLIENT
4  UNDERSTANDS THESE RIGHTS AND THAT HIS WAIVER OF THEM IS KNOWING
5  AND VOLUNTARY?
6      MR. DESAI: YES, YOUR HONOR.
7      THE COURT: ALL RIGHT.
8      I FIND THAT THE WAIVER OF OUT-OF-DISTRICT RIGHTS IS
9  KNOWING AND VOLUNTARY. AND I'VE SIGNED THE WAIVER OF RIGHTS
10 FORM.
11     AND I ORDER THAT IT BE FILED TODAY.
12     NOW, THE GOVERNMENT HAS FILED A NOTICE OF REQUEST FOR
13 DETENTION WHICH I HAVE REVIEWED, INCLUDING THE EXHIBIT. AND I
14 HAVE ALSO REVIEWED THE REPORT AND RECOMMENDATION OF THE
15 PRETRIAL SERVICES AGENCY.
16     IS THE GOVERNMENT PREPARED TO GO FORWARD TODAY?
17     MR. JENKINS: YES, YOUR HONOR.
18     THE COURT: ALL RIGHT.
19     AND IS THE DEFENSE PREPARED TO GO FORWARD?
20     MR. DESAI: YES, YOUR HONOR. WE'LL BE --
21     MR. HERRINGTON: WELL, YOUR HONOR, IF I COULD.
22     I DON'T KNOW IF MY COLLEAGUE HAS RECEIVED THE
23 PRETRIAL SERVICES DOCUMENT. WE HAVE NOT BACK IN WASHINGTON.
24     BUT IN ANY EVENT, MR. REILLY AND I HAVE AGREED THAT
25 THE GOVERNMENT AND THE DEFENSE WILL AGREE TO POSTPONE DOING THE

12

1  DETENTION MOTION UNTIL WE CAN MAKE A SUBMISSION TO THE
2  GOVERNMENT OF A SECURITY PACKAGE.  WE'VE ALREADY BEGUN
3  DISCUSSIONS ON THAT.
4        IT WOULD BE ACCEPTABLE TO THE DEFENSE TO PROCEED ON
5  THE SAME BASIS WITH YOU -- THAT YOU DID WITH MR. GRIMES AND SET
6  THAT HEARING FOR FIRST THING MONDAY AND IF NOT EARLIER.
7        THE COURT:  ALL RIGHT.
8        MR. HERRINGTON, YOU CUT OUT JUST A LITTLE BIT.  BUT I
9  UNDERSTAND THAT THE DEFENSE IS ASKING TO CONTINUE THE DETENTION
10 HEARING.
11       WE COULD MOVE IT TO MONDAY, JULY 26TH.  PERHAPS, WE
12 COULD DO THIS ONE AT 8:00 A.M.  I BELIEVE THAT TIME WAS
13 AVAILABLE FOR THE REMOTE CONNECTION.
14       IS THAT CORRECT? -- DEFENSE IS SEEKING TO MOVE IT TO
15 MONDAY?
16       MR. HERRINGTON:  THAT'S CORRECT, YOUR HONOR.
17       AND I -- I BELIEVE MR. REILLY WILL CONFIRM THAT THE
18 GOVERNMENT HAS AGREED TO THAT PROPOSED.
19       MR. REILLY:  YES, YOUR HONOR.
20       NO OBJECTION TO THAT.
21       THE COURT:  ALL RIGHT.  LET ME JUST MAKE SURE THAT
22 TIME IS GOOD.
23       (PAUSE IN PROCEEDINGS.)
24       THE COURT:  ALL RIGHT.
25       THEN THE DETENTION HEARING IN THIS MATTER IS PUT OVER

1     UNTIL MONDAY, JULY 26TH, 2021 AT 8:00 A.M.

2               AND THE DEFENDANT IS ORDERED TEMPORARILY DETAINED

3     PENDING THE CONTINUED DETENTION HEARING.

4               MR. HERRINGTON:  THANK YOU, YOUR HONOR.

5               THE COURT:  IS THERE ANYTHING FURTHER FROM THE

6     DEFENSE?

7               MR. DESAI:  NO, YOUR HONOR.

8               THE COURT:  ANYTHING FURTHER FROM THE GOVERNMENT?

9               MR. JENKINS:  NOTHING FROM THE GOVERNMENT, YOUR

10    HONOR.

11              THE COURT:  ALL RIGHT.

12              THANK YOU, BOTH.

13              MR. JENKINS:  THANK YOU, YOUR HONOR.

14              (PROCEEDINGS ADJOURNED AT 3:59 P.M.)

15

16

17

18

19

20

21

22

23

24

25

14

C E R T I F I C A T E

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

/S/ DOROTHY BABYKIN                               7/27/21
_____         _____
FEDERALLY CERTIFIED TRANSCRIBER                   DATED
DOROTHY BABYKIN